UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STONES THROW RECORDS, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. 2:23-cv-10220-CBM-DFM<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed:     12/5/2023<br>Current Response Due:  2/7/2024 |

# [PROPOSED] ORDER

This Court has received, reviewed and considered Plaintiff Associated Production Music LLC ("Plaintiff") and Defendant Stones Throw Records, LLC's ("Defendant") Second Stipulation to Extend Time to Respond to Initial Complaint.

NOW, THEREFORE, for good cause shown, the Court hereby APPROVES the stipulation in its entirety. Defendant shall have to and including March 8, 2024 to answer or otherwise respond to the complaint.

Dated: February ___, 2024

_____
Hon. Consuelo B. Marshall
United States District Judge